FILED
September 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____CL____
       DEPUTY

AO 238 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF OREGON

DR 22 CR 1990

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br>v.<br>Ramiro Rauda–Martinez<br>*Defendant.* | Case No.: 3:17-cr-00210-HZ-2<br><br>U.S. MARSHALS W/TX<br>RECEIVED<br>SEP 0 7 2022<br>DEL RIO, TX |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay Ramiro Rauda–Martinez, who is accused of an offense or violation based on the following document filed wth the court:

☐ Indictment ☐ Superseding Indictment ☐ Information
☐ Superseding Information ☐ Complaint ☐ Pretrial Violation Petition ☐ Probation Violation Petition
☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

The offense is briefly described as follows: *See Order Granting Petition for Supervised Release Violation Warrant [329], filed on 05/17/2022.*

Date: May 17, 2022

City and State: Portland, OR

s/ L. Prowell
*Issuing officer's signature*

L. Prowell, Deputy Clerk
*Printed name and title*

A true copy of the original, I certify.
Clerk, U.S. District Court

### Return

This warrant was received on (date) 09-07-2022 and the person was arrested on (date) 9-07-2022 at (city and state) Del Rio, TX off Transfer of Jurisdiction

Date: 09-07-2022

*Arresting officer's signature*

Crystal Pon TAUSMS Del Rio
*Printed name and title*

Deputy Clerk